UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DUSTIN BARNETT,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:18-cv-00528-MMD-CBC

ORDER

Petitioner Dustin Barnett has submitted a § 2254 petition for a writ of habeas corpus. He has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. *See* 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

Further, the petition is second and successive. 28 U.S.C. § 2244(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *McNabb v. Yates*, 576 F.3d 1028, 1029–1030 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

Petitioner indicates on the face of his petition that he seeks to challenge the state judgment of conviction in case no. CR11-1361. (ECF No. 1-1 at 2.) This Court takes judicial notice of its docket, and Petitioner's previously filed case no. 3:14-cv-00155-MMD-

WGC, in which he challenged the same state judgment of conviction. On July 17, 2017, this court denied the petition on the merits and entered judgment (3:14-cv-00155-MMD-WGC, ECF Nos. 20, 21). This petition, therefore, is a second or successive habeas corpus petition. *Henderson*, 396 F.3d at 1053. Petitioner was required to obtain authorization from the Ninth Circuit Court of Appeals before he could proceed here. *See* 28 U.S.C. § 2244(b)(3). Petitioner has not indicated that he has received such authorization from the appellate court.

Thus, this petition will be dismissed as improperly commenced and second and successive. Reasonable jurists would not find this conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the Clerk detach and file the petition (ECF No. 1-1).

It is further ordered that the petition is dismissed as set forth in this order.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General, as counsel for Respondents.

It is further ordered that the Clerk electronically serve the petition, along with a copy of this order, on Respondents. Respondents need not respond.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 2nd day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE